UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>ALBERTO TAVAREZ-CHAVIER, and RUFINO LOPEZ,<br><br>                            Defendants. | 25-cr-77 (AS)<br><br>SCHEDULING ORDER |

ARUN SUBRAMANIAN, United States District Judge:

It is hereby ORDERED that the parties appear for an arraignment and pretrial conference with the Court on Monday, March 10, 2025 at 3:00 PM, in Courtroom 15A of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007.

SO ORDERED.

Dated: March 5, 2025
       New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge