LAW OFFICE
OF
**B. ALAN SEIDLER**

REPLY TO:
PO BOX 582
PALISADES, NY 10964

305 BROADWAY, 7TH FLOOR
NEW YORK, NEW YORK 10007

TELEPHONE
(212) 334-3131
seidlerlaw@gmail.com

July 22, 2025

> The request is GRANTED. The Clerk of Court is directed to terminate the motion at Dkt. 25.
>
> SO ORDERED.
>
> *[signature]*
>
> Arun Subramanian, U.S.D.J.
> Dated: July 23, 2025

Hon. Arun Subramanian
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

re: USA v. Alberto Tavarez-Chavier
    #25cr 77(AS)

Dear Judge Subramanian;

    Tavarez was released from detention on or about 1-29-2025 [Dkt #2] on a $100,000 PRB signed by himself and cosigned by 3 others; travel restricted to the SDNY and the EDNY; PTS Supervision; Home Detention with GPS monitoring.
    Tavarez now requests a modification of his Bond terms to permit him to leave his home to find employment, and then to work. PTS by Officer Ashley Cosme consents to this modification application [attached] and the Government by AUSA Gunmaste defers to the judgment of PTS concerning the application.
    Thank you.

Respectfuly,

*[signature]*
B A Seidler

filed by ECF

 Gmail                                                                            Alan Seidler <seidlerlaw@gmail.com>

## RE: Bail terms
1 message

**Ashley Cosme** <Ashley_Cosme@nyspt.uscourts.gov>                              Tue, Jul 22, 2025 at 3:16 PM
To: Alan Seidler <seidlerlaw@gmail.com>
Cc: "Gumaste, Varun (USANYS)" <varun.gumaste@usdoj.gov>, Madalyn Toledo <madalyn_toledo@nyspt.uscourts.gov>

Hello Counsel,
As discussed via telephone, we consent to the defendant being permitted to work while under home detention. You do not need to indicate any specific hours in your petition as this is not a curfew request. You can simply indicate that you are requesting that your client be permitted to seek and obtain employment while under home detention with electronic monitoring. Thank you.

Ashley L. Cosme
Intensive Supervision Specialist
U.S. Pretrial Services Office
Southern District of New York
O: (212) 805-4319
C: (347) 219-9642

-----Original Message-----
From: Alan Seidler <seidlerlaw@gmail.com>
Sent: Monday, July 21, 2025 4:03 PM
To: Ashley Cosme <Ashley_Cosme@nyspt.uscourts.gov>
Subject: Fwd: Bail terms

CAUTION - EXTERNAL:


Good afternoon Ms. Cosme;
I am resending this request on behalf of Tavarez.
Please advise.
Alan Seidler

---------- Forwarded message ---------
From: Alan Seidler <seidlerlaw@gmail.com>
Date: Tue, Jul 15, 2025 at 5:03 PM
Subject: Fwd: Bail terms
To: Ashley Cosme <ashley_cosme@nyspt.uscourts.gov>
Cc: Varun Gumaste <varun.gumaste@usdoj.gov>


Good Afternoon;

Defendant Tavarez will request a modification of his Bond conditions to permit him to seek employment, and to work. The Govt is deferring to PTS on the issue, so I write to learn the position of PTS. Perhaps if Tavarez can also get some time for exercise it will help his physical and mental state. As an initial matter I would request his being able to leave the home during the hours of 7:00 AM - 7:30 PM.
Thank you.
Alan Seidler

Please let me know your thoughts.

---------- Forwarded message ---------
From: Chav Alberto <alchav1991@gmail.com>
Date: Tue, Jul 15, 2025 at 1:50 PM
Subject: Re: Bail terms
To: Alan Seidler <seidlerlaw@gmail.com>