UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

ALBERTO TAVAREZ-CHAVIER, and
RUFINO LOPEZ,

Defendants.

25-cr-77 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

The pretrial conference scheduled for today is hereby ADJOURNED to Wednesday,

January 21, 2026, at 10:00 AM.

SO ORDERED.

Dated:  December 17, 2025
        New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge