

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York  10278*

January 20, 2026

**BY ECF**
Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> **Re:**   *United States v. Alberto Tavarez-Chavier*, **25 Cr. 77 (AS)**

Dear Judge Subramanian:

The Government submits this letter with the consent of defense counsel for Alberto Tavarez-Chavier, to respectfully request an approximately two and a half-week adjournment of the conference currently scheduled for January 21, 2026, in the above-captioned matter. The parties are deeply engaged in discussions regarding a potential resolution to this case and an adjournment of the January 21 conference would allow additional time to complete these discussions. Specifically, the parties request that the Court adjourn the conference until February 9, 2026.

In addition, the Government respectfully requests, with the consent of counsel for Tavarez-Chavier, that the time between January 21, 2026, and the date of the adjourned conference, be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Government respectfully submits that the ends of justice served by the granting of the proposed exclusion outweigh the best interests of the public and the defendant in a speedy trial, as the proposed exclusion will allow additional time for the parties to potentially reach a resolution of this case.

Application GRANTED. The conference will now take place on Monday, February 9, 2026 at 1:30 PM.

IT IS FURTHER ORDERED that the time between January 21, 2026, and February 9, 2026, be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by granting the proposed exclusion outweigh the best interests of the public and the defendant in a speedy trial, because it will provide the parties with time needed to discuss a potential pretrial resolution of this case.

The Clerk of Court is respectfully directed to terminate Dkt. 36.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Dated: January 20, 2026

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: _____
Varun A. Gumaste
Assistant United States Attorney
(212) 637-1023

cc:   Counsel of record (by ECF)