

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

February 4, 2026

**BY ECF**
Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> Re:    *United States v. Alberto Tavarez-Chavier*, 25 Cr. 77 (AS)

Dear Judge Subramanian:

The Government submits this letter with the consent of defense counsel for Alberto Tavarez-Chavier, to respectfully request that the Court cancel the conference scheduled for February 9, 2026, and instead schedule a change of plea hearing on February 12, 2026 at 1:00pm.

In addition, the Government respectfully requests, with the consent of counsel for Tavarez-Chavier, that the time between February 9, 2026, and the date of the change of plea hearing, be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Government respectfully submits that the ends of justice served by the granting of the proposed exclusion outweigh the best interests of the public and the defendant in a speedy trial, as the proposed exclusion will allow for the likely resolution of this case.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By:    _____
Varun A. Gumaste
Assistant United States Attorney
(212) 637-1023

cc:    Counsel of record (by ECF)

Application GRANTED. The Court hereby adjourns the conference and will instead hold a change of plea hearing on Thursday, February 12, 2026, at 1:00 PM.

IT IS FURTHER ORDERED that the time between February 9, 2026, and February 12, 2026, be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by granting the proposed exclusion outweigh the best interest of the public and the defendant in a speedy trial, because it will allow the parties to finalize a likely resolution of the case.

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 41.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Dated: February 6, 2026