LAW OFFICE
OF
**B. ALAN SEIDLER**

305 BROADWAY, 7TH FLOOR
NEW YORK, NEW YORK 10007

REPLY TO:
PO BOX 582
PALISADES, NY 10964

TELEPHONE
(212) 334-3131
seidlerlaw@gmail.com

May 19, 2026

Hon. Arun Subramanian
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

re: USA v. Alberto Tavarez-Chavier
　　#25cr 77(AS)

Dear Judge Subramanian;

Application GRANTED. Sentencing will now be held on Wednesday, June 24, 2026, at 2:30 PM. The parties shall notify the Probation Office of the change.

The Clerk of Court is respectfully directed to terminate the motions at Dkts. 52 and 53.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Dated: May 19, 2026

　　　　I am writing to request the June 4th sentencing of Tavarez be rescheduled.  I am still in the process of obtaining medical and school records for Tavarez, and to my surprise my family is taking me on a vacation between May 22-29.   AUSA Gunmaste informs me he is available on June 16, after 11:30 AM, and is available on June 17, before 2:00 PM.  I am available at the Court's convenience except for June 18, and June 25.
　　　　Thank you.

Respectfuly,

B A Seidler

filed by ECF