LAW OFFICE
OF
**B. ALAN SEIDLER**

REPLY TO:
PO BOX 582
PALISADES, NY 10964

305 BROADWAY, 7TH FLOOR
NEW YORK, NEW YORK 10007

TELEPHONE
(212) 334-3131
seidlerlaw@gmail.com

June 12, 2026

Hon. Arun Subramanian
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

re: USA v. Alberto Tavarez-Chavier
    #25cr 77(AS)

GRANTED. SO ORDERED.

Arun Subramanian, U.S.D.J.
Dated: June 12, 2026

Dear Judge Subramanian;

    I am writing to request the Court's permission for Tavarez to attend his son's middle school graduation on 6-15-2025, between 10AM - 3PM at the Leadership Academy at 231 st Street in the Bronx. I apologize for the tardiness of the request but PTS informed defendant he must obtain the permission of your Honor.
    Thank you.

Respectfully,

B A Seidler

filed by ECF