UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

ALBERTO TAVAREZ-CHAVIER,

Defendant.

25-cr-77 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

The Court received the Defendant's submission filed at Dkt. 63. The request to file the letter under seal is GRANTED. The Clerk of Court is respectfully directed to terminate the motion at Dkt. 63.

SO ORDERED.

Dated: July 28, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge