UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

-against-

Alberto Tavarez-Chavier,

Defendant.

25-CR-77 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

The motion to seal Dkt. 62 is GRANTED. The Clerk of Court is respectfully directed to seal the document at Dkt. 62 and to terminate the motion at Dkt. 62.

SO ORDERED.

Dated: August 24, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge